UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'JUAN MANUEL PIZZARO,<br><br>Plaintiff,<br><br>v.<br><br>FCI MENDOTA, et al.,<br><br>Defendant. | 1:24-cv-00749-EPG (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br>OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a federal prisoner proceeding *pro se* in this civil case, Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, the Court will direct the Clerk of Court to send Plaintiff the standard application to proceed *in forma pauperis*.

Additionally, the Court notes that Plaintiff's complaint is presented on blank paper along with attached exhibits. The Court will direct the Clerk of Court to send Plaintiff the Court's standard amended civil rights complaint form. The use of this standard form is helpful to a prisoner in presenting the necessary information for his complaint to be reviewed by this Court and Plaintiff is encouraged to use it to file an amended complaint so that his claims are clearly presented.

///

///

1

Accordingly, IT IS ORDERED that:

1. The Clerk of Court shall send Plaintiff the standard form application to proceed *in forma pauperis*.

2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

3. Additionally, the Clerk of Court shall send Plaintiff the Court's standard amended civil rights complaint form. Plaintiff is encouraged to file an amended complaint using this form within forty-five (45) days. The complaint should be no longer than 25 pages, excluding exhibits. If Plaintiff fails to file an amended complaint, the Court will assume that he wishes to proceed on his current complaint.

IT IS SO ORDERED.

Dated:   **June 27, 2024**                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE