UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'JUAN MANUEL PIZARRO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FCI Mendota, *et al.*,<br><br>　　　　　Defendants. | 1:24-cv-00749-KES-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (ECF NO. 6)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR IMMEDIATE RELEASE OF FUNDS (ECF NO. 7)<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL A COPY OF PLAINTIFF'S MOTION (ECF NO. 6) AND A COPY OF THIS ORDER TO WARDEN OF FCI MENDOTA |

　　　　Plaintiff D'Juan Pizarro is a federal prisoner proceeding *pro se* in this civil rights action. Plaintiff filed the complaint commencing this action on June 26, 2024, but has not submitted an application to proceed *in forma pauperis* or paid the filing fee.

　　　　On June 27, 2024, the Court directed the Clerk of Court to send Plaintiff a form application to proceed *in forma pauperis* and gave Plaintiff forty-five days to either submit the application or pay the filing fee for this action.

　　　　Plaintiff responded on August 6, 2024 by filing two motions. First, Plaintiff's motion for extension of time for payment of filing fee asks the Court to give Plaintiff additional time to pay the filing fee because "the Unit Manager E. Appleton refuses to release the funds from the Plaintiff's trust fund account to pay the full filing fee." (ECF No. 6 at 1).[1] Plaintiff also filed a

---

[1] Appleton is also a named defendant in this suit. (ECF No. 1 at 1).

1

second motion (ECF No. 7), asking the Court to "order the Defendants to release the Plaintiff's funds from the Trust Account in the amount of 405.00 dollars to pay for the court filing fee . . . immediately without delay." Plaintiff states that if the Court grants his request, Plaintiff "will have a third party pay the filing fee with three payments for three months until the full filing fee amount of 405.00 dollars has been paid." (ECF No. 6).

The Court will grant Plaintiff's motion for a continuance and give Plaintiff 30 days to pay the filing fee or submit an application to proceed *in forma pauperis*.

However, the Court will not order FCI Mendota to send funds at this time. It is not clear from Plaintiff's motion how Plaintiff requested the funds, or how the institution responded. The Court cannot determine based on Plaintiff's motion that FCI Mendota is intentionally obstructing Plaintiff in this case. Additionally, it is not clear if Plaintiff has sufficient funds in his trust account to pay the filing fee.

If Plaintiff wishes to renew his motion to order FCI Mendota to release funds, he should include copies of any documents that show Plaintiff requesting the funds and any response from the FCI Mendota. He should also clearly state in his motion when and how he requested the funds be sent, whether he has funds in his trust account, and how the institution responded.

Additionally, the Court will order the Clerk of the Court to send the Warden at FCI Mendota a copy of Plaintiff's Request for Extension of Time (ECF No. 6), and this Order, so the Warden is informed of the circumstance and may choose to investigate the issue.

Accordingly, **IT IS ORDERED** that:

1. The Clerk of Court shall send Plaintiff the standard form application to proceed *in forma pauperis*.
2. Plaintiff's motion for extension of time (ECF No. 6) is **GRANTED**. Within thirty days of the date of service of this order, Plaintiff shall either: a) submit an application to proceed *in forma pauperis*, completed and signed, including a certified copy of his trust account statement for the past six months; b) pay the filing fee in full; or c) renew his motion for an order to FCI Mendota to release the funds that includes the information described in this order.
3. Plaintiff's motion for immediate release of funds (ECF No. 7) is **DENIED** without

prejudice.

4. The Clerk of the Court is directed to mail a copy of this order and Plaintiff's Request for Extension of Time (ECF No. 6) to the Warden of FCI Mendota in Mendota, California.

5. **Failure to comply with this order may result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __August 15, 2024__          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE