1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11    D'JUAN MANUEL PIZARRO,                No.  1:24-cv-00749-KES-EPG (PC)

12              Plaintiff,                  ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS AND DISMISSING
13        v.                                THIS ACTION WITHOUT PREJUDICE
                                            FOR FAILURE TO PROSECUTE
14    FCI Mendota, *et al.*,
                                            Doc. 16
15              Defendants.

16

17        Plaintiff D'Juan Pizarro is an inmate in the custody of the Bureau of Prisons and proceeds

18    pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a

19    United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On October 7, 2024, the assigned magistrate judge issued an order for plaintiff to show

21    cause why this action should not be dismissed for failure to exhaust his administrative remedies.

22    Doc. 11.  On October 29, 2024, plaintiff responded to the order.[1]  Doc. 12.  Given plaintiff's

23    response, the magistrate judge discharged the order to show cause on November 8, 2024.

24    Doc. 13.  The same day, November 8, 2024, plaintiff's motion requesting an extension of time to

25    show cause, dated November 6, 2024, was received by the Court and docketed.  Doc. 14.

26    Plaintiff indicated in this filing that he anticipated being transferred soon and would "try to

27

28    _____

      [1] The response is dated October 29, 2024, but was not docketed until November 6, 2024.

1

1    inform the Clerk of the Court as soon as possible." *Id.*  Thereafter, on December 16, 2024, the

2    November 8, 2024 order discharging the order to show cause was returned as undeliverable.  *See*

3    Docket.  Plaintiff has failed to update his address as required by Local Rule 183.[2]

4            On March 7, 2025, the assigned magistrate judge issued findings and recommendations,

5    recommending that the Court dismiss this action for failure to prosecute and failure to comply

6    with a Court order.  Doc. 16.  The Court served the findings and recommendations on plaintiff

7    and notified him that any objections were due within 30 days.  *Id*. at 3–4.  Plaintiff did not file

8    objections, and the time to do so has passed.  Nor has plaintiff otherwise communicated with the

9    Court since his November 6, 2024 filing.

10           Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case.

11    Having carefully reviewed the matter, the Court concludes the findings and recommendations are

12    supported by the record and proper analysis.

13           Accordingly,

14       1.    The findings and recommendations issued on March 7, 2025, Doc. 16, are

15             ADOPTED;

16       2.    This action is DISMISSED without prejudice for failure to prosecute;

17       3.    All pending motions and deadlines are terminated; and

18       4.    The Clerk of Court is directed to CLOSE this case.

19

20

21    IT IS SO ORDERED.

22      Dated:    April 18, 2025

      _____
23                UNITED STATES DISTRICT JUDGE

24    _____
     [2] The Court informed plaintiff on June 26, 2024, of the requirements of Local Rule 183(b).
25    Doc. 2.  That is, "[i]f mail directed to a pro se plaintiff at the address of record is returned by the
     United States Postal Service as undeliverable, the order will not be re−served a second time
26    absent a notice of change of address.  If a pro se plaintiff's address is not updated within
     sixty−three (63) days of mail being returned as undeliverable, the case will be dismissed for
27    failure to prosecute."  *See* Local Rule 183(b).  The Local Rule has since been updated to provide
     30 days instead.  *Id.*
28